Boniford Leslie v. Firemen's Insurance Company.— Application granted. See memorandum per curiam. Settle order on notice.

In the Matter of Julius C. Rosenthal.— Reference ordered. Settle order on notice.

The People of the State of New York, Respondent, v. Vincenzo Enea, Appellant.— Judgment and order affirmed. No opinion.

Joseph Personeni, Appellant, v. John McG. Goodale, Individually and as Trustee for Pauline Arnoux, and as Administrator with the Will Annexed, etc., of William Campbell, Deceased, and Others, Respondents.— Judgment affirmed, with costs. No opinion.

The People of the State of New York on the Complaint of Isaac Oppenheimer, Respondent, v. L. George Forgotston, Appellant.— Judgment affirmed. No opinion.

The People of the State of New York, Respondent, v. Frank Duffy, Appellant, Impleaded with Anderson Lewis.— Judgment and orders affirmed. No opinion.

The People of the State of New York, Respondent, v. John Collins, Appellant.— Judgment affirmed. No opinion.

The People of the State of New York, Respondent, v. Joseph Collins, Appellant.— Judgment affirmed. No opinion.

George W. Griffin, Appellant, v. Daniel M. Brady, Respondent.— Order affirmed, with costs to abide event. No opinion. (Patterson, P. J., and Clarke, J., dissenting.)

William J. Hurlbut, Appellant, v. John Cort, Respondent.— Judgment affirmed, with costs. No opinion. (Laughlin, J., dissenting.)

Amanda Landon, as Administratrix, etc., of Herman A. Landon, Deceased, Respondent, v. Baker, Smith & Company, Appellant.— Judgment affirmed, with costs. No opinion. (Ingraham. J., dissenting.)

George H. Montrose, Appellant, v. Michael Levenson and Leo Rosengarten, Respondents.— Judgment affirmed, with costs. No opinion.

Bernhard A. Buge, Appellant, v. Minnie Newman, Respondent.— Determination affirmed, with costs. No opinion.

Frederick De Coppet and Others, Appellants, v. Henry H. Cone and Alfred J. Weston, as Executors, etc., of Edward Weston, Deceased, and Others, Respondents.— Judgment affirmed, with costs. No opinion. (Ingraham, J., dissenting.)

Dagny Andersen, as Administratrix, etc., of Sofus K. Andersen, Deceased, Respondent, v. The Pennsylvania Steel Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Edward Smolka & Company, Respondent, v. Thomas F. Cushing Company, Appellant.— Determination affirmed, with costs. No opinion.

John J. Ascher, Respondent, v. Albert W. Martin, Appellant, Impleaded with Arthur P. Heinze.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. No opinion.

John C. Piebes, Appellant, v. Bertha Piebes, as Executrix, etc., of Frederick E. Piebes, Deceased, Respondent.— Determination affirmed, with costs. No opinion.